IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHAMBERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANTA CLARA COUNTY ET AL,<br><br>　　　　Defendants. | No. C 05-03308 SI<br><br>**ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AND GRANTING PLAINTIFF LEAVE TO AMEND** |

　　　　On April 14, 2006, the Court heard oral argument on defendants' motions to dismiss the First Amended Complaint. The motions were granted with leave to amend. (Docket Nos. 13, 20, 22).

**IT IS SO ORDERED.**

Dated: July 24, 2006

　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge