1 ANN MILLER RAVEL, County Counsel (S.B. #62139)
  MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2 OFFICE OF THE COUNTY COUNSEL
  70 West Hedding, East Wing, 9th Floor
3 San Jose, California  95110-1770
  Telephone:  (408) 299-5900
4 Facsimile:  (408) 292-7240

5 Attorneys for Defendants
  COUNTY OF SANTA CLARA, JAMES T.
6 BEALL, DONALD F. GAGE, BLANCA
  ALVARADO, PETE MCHUGH, LIZ
7 KNISS, ANN MILLER RAVEL, KAREN E.
  HEGGIE, S. WARE, MICHAEL ROSSI,
8 FRAN ALLEN, STEVE ADAMS, SANTA
  CLARA COUNTY DEPARTMENT OF
9 SOCIAL SERVICES, YOLANDA
  RINALDO, WILL LIGHTBOURNE,
10 NORMA DOCTOR SPARKS, LEROY
   MARTIN, KEN BORELLI, LINDA
11 CASTALDI, JONATHAN WEINBERG,
   PATRICIA GUESICK, KATHLEEN
12 DUDLEY, IZI CHAN, BARBARA EDDY,
   HONG NGUYEN, BARRY GRIGSBY, and
13 JEAN PLATNER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco)

| | |
|---|---|
| DANIEL CHAMBERS, PERSONALLY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTA CLARA COUNTY et al., ) <br> ) <br> Defendants. ) <br> _____) | No.   CV 05-03308 SI <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO FILE DOCUMENTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL** |

FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendants' Ex Parte Motion to File Documents In Support of Motion for Summary Judgment Under Seal is GRANTED.  All documents pertaining to Plaintiff Daniel Chambers' child-dependency case that are attached to the summary judgment motion, the opposition brief, and the reply brief must be filed under seal.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Granting Defendants'
Ex Parte Mtn to File Documents in
Support of Motion for Summary Judgment        1                              CV 05-03308 SI

1  The parties are required to serve each other and the Court's chambers with copies of
2  confidential documents filed in support of the moving papers and the opposition and reply
3  briefs.
4  IT IS SO ORDERED.

6  Date: _____    _____
                                HONORABLE SUSAN ILLSTON

28  95994.wpd

[Proposed] Order Granting Defendants'
Ex Parte Mtn to File Documents in
Support of Motion for Summary Judgment        2                          CV 05-03308 SI

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California