IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CHAMBERS, | No. C 05-3308 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SANTA CLARA COUNTY, *et al.*, | |
| Defendants. / | |

Defendants' motion for summary judgment is granted.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 26, 2007

SUSAN ILLSTON
United States District Judge