UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA



DEC 2 0 2007

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

| DANIEL E. CHAMBERS, | No. 07-17240 |
| Plaintiff - Appellant, | D.C. No. CV-05-03308-SI |
| v. | |
| SANTA CLARA COUNTY; et al., | **ORDER** |
| Defendants - Appellees. | |

JAN 2

This appeal has been taken in good faith [X]

This appeal is not taken in good faith [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 12/29/07

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

December 19, 2007


DEC 2 0 2007
Richard W. Wieking
Clerk, U.S. District C
Northern District of California

| DANIEL E. CHAMBERS, | No. 07-17240 |
| Plaintiff - Appellant, | D.C. No. CV-05-03308-SI |
| v. | **REFERRAL NOTICE** |
| SANTA CLARA COUNTY; et al., | |
| Defendants - Appellees. | |

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHAMBERS et al,

    Plaintiff,

v.

SANTA CLARA COUNTY et al,

    Defendant.
                                   /

Case Number: CV05-03308 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ann Miller Ravel
Office of the County Counsel
70 West Hedding Street
Ninth Floor
East Wing
San Jose, CA 95110-1770

Daniel E Chambers
600 Wedell Drive #25
Sunnyvale, CA 94089

Daniel Warren Winters
Winters Krug & Delbon
345 Lorton Avenue
Suite 101
Burlingame, CA 94010

Mark P. Edson
Winters, Krug & Delbon
345 Lorton Avenue, Suite 101
Burlingame, CA 94010-4133

Melissa R. Kiniyalocts
Office of the County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1705

Dated: January 2, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tracy Sutton, Deputy Clerk